UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. CLARK, | ) |
| Petitioner, | ) |
| v. | ) No. 4:04CV1364 HEA |
| DON ROPER, | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Court's own motion. The Court's Order dated July 20, 2005 is hereby vacated and held for naught.

Accordingly,

**IT IS HEREBY ORDERED** that this Court's Order dated July 20, 2005 is vacated and held for naught.

Dated this 22nd day of July, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE